```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOHN GRICCI,                      )
     Plaintiff,                   )
                                  )
          v.                      )    C.A. No. 15-10589-MLW
                                  )
AAA OF SOUTHERN NEW ENGLAND,      )
INC.,                             )
     Defendant.                   )
```

                              ORDER

WOLF, D.J.                                      September 11, 2018

      For the reasons stated in court on September 6, 2018, it is hereby ORDERED that:

      1. The parties shall, by September 28, 2018, confer and report, jointly if possible, but separately if necessary, on whether they have agreed to settle this case or if they will proceed with summary judgment.

      2. If necessary, the defendant shall, by October 9, 2018, file its motion for summary judgment. The plaintiff shall respond by November 12, 2018. In addition to its response, the plaintiff may file an affidavit discussing why additional discovery is appropriate prior to a decision on the motion for summary judgment. See Fed. R. Civ. P. 56(d); Rivera-Torres v. Rey-Hernandez, 502 F.3d 7, 10 (1st Cir. 2007). Any reply shall be filed by November 28, 2018. The submissions shall be made in the manner required by

Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts.

3.  A hearing on any motion for summary judgment shall be held on December 20, 2018, at 2:00 p.m. Plaintiff John Gricci and a representative of defendant with full settlement authority (meaning that he or she does not have to consult anyone else) shall attend this hearing.

          /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE